

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | NICHOLAS SCHAEFER<br>*Senior Counsel*<br>Labor & Employment Law Division<br>(212) 356-3187<br>nschaefe@law.nyc.gov |

December 20, 2021

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.  12/21/2021

It is further ORDERED that the Order and Notice of Initial Conference at docket number 14 is VACATED.

   Re:  <u>Carlean Lewis v. The City of New York</u>
      Docket No. 21-cv-07528 (VSB)

Dear Judge Broderick:

   I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for The City of New York ("City") in the above-referenced action. Defendant City writes to respectfully request an extension of time, from December 23, 2021 to January 20, 2022, to submit a joint status letter and proposed case management plan as described in this Court's Order of December 15, 2021. <u>See</u> ECF Doc. No. 14. The parties are currently scheduled to have a telephone conference with the assigned mediator on December 28, 2021 to schedule a mediation, potentially in January or February 2022. To that end, the City requests an extension to January 20, 2022 or for leave to advise the Court when mediation will take place prior to submitting proposed discovery orders.

   This is the Defendant's first request for an extension of time and this request is made with the consent of counsel for Plaintiff.

   We thank you for your attention to this matter.

               Respectfully submitted,

               */s/ Nicholas Schaefer*
               Nicholas Schaefer
               Senior Counsel

- 2 -

cc via ECF:	Erica L. Shnayder
		Shnayder Law LLC
		89 Headquarters Plaza, Suite 1421
		Morristown, New Jersey 07960
		Attorneys for Plaintiff