

89 Headquarters Plaza North
Suite 1421
Morristown, NJ 07960
T: (973) 714-1515
www.ShnayderEMPLOYMENTLaw.com

January 20, 2022

**VIA ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   01/21/2022

      *RE:*   *Lewis v. The City of New York*
              **Docket No.: 21-cv-07528 (VSB)**

Dear Judge Broderick:

     I represent the Plaintiff in the above-referenced matter. Pursuant to Your Honor's Order dated December 21, 2021, we write Your Honor, with the consent of Defendant's counsel, to advise the Court that the parties are scheduled to participate in mediation on February 15, 2022. To that end, the parties respectfully request an extension of time to February 22, 2022 to submit the joint status letter and proposed case management plan, or alternatively, advise the Court that the parties have reached a resolution in this matter.

     We thank Your Honor for your consideration in this matter.

Respectfully submitted,

**SHNAYDER LAW LLC**

*/s/ Erica L. Shnayder*
Erica L. Shnayder, Esq.
erica@eshnayderlaw.com