UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
CARLEAN LEWIS,                                           :
:
                  Plaintiff,    :
:        21-CV-7528 (VSB)
     -against-                                         :
:        **ORDER**
CITY OF NEW YORK,                                        :
:
                  Defendant.    :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      In accordance with my comments during the post-discovery conference held on January 13, 2023, it is hereby

      ORDERED that the parties propose a summary judgment briefing schedule one week after the close of settlement discussions, which includes the process in front of Magistrate Judge Moses and any ancillary discussions that may occur following those settlement discussions.

SO ORDERED.

Dated:    January 20, 2023
            New York, New York

                                                Vernon S. Broderick
                                                United States District Judge