

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

NICHOLAS SCHAEFER
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-3187
nschaefe@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/26/2023

January 25, 2023

**BY ECF**
Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

**MEMO ENDORSED**

Re: *Carlean Lewis v. The City of New York*,
21-cv-07528 (VSB)
Our No. 2021-028879

Dear Judge Moses:

I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for The City of New York in the above-referenced action. I write to respectfully request: (i) a three week adjournment of the settlement conference currently scheduled for February 1, 2023; and (ii) for the Office of the Comptroller to be available as needed by telephone rather than attend in person. Plaintiff consents to this request.

The reason for the adjournment of the settlement conference is that I require additional time to seek appropriate settlement authority in this case, which will hopefully allow for a more productive settlement conference. Pursuant to this Court's Order dated January 13, 2023, the undersigned has conferred with this Court's Chambers and opposing counsel, and states that both parties are available to attend a settlement conference on February 22.

Defendant also requests that a representative of the Comptroller's office be permitted to be available by telephone as needed to grant additional settlement authority. The undersigned will appear at the conference with settlement authority and is fully familiar with the facts underlying this case.

I thank the Court for its time and consideration of this request.

Respectfully Submitted,
/s/
Nicholas Schaefer
Assistant Corporation Counsel

cc: Counsel of Record (via ECF)

Application GRANTED. The settlement conference is ADJOURNED to **February 22, 2023, at 2:15 p.m.** The parties shall submit their confidential settlement letters, in accordance with ¶ 3 of Judge Moses's January 13, 2023 Order, no later than **February 15, 2023**. The Comptroller shall attend the conference at the outset by telephone and then remain available, by telephone, throughout the conference.
SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
January 26, 2023