```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLEAN LEWIS,

         Plaintiff,

-against-

CITY OF NEW YORK,

         Defendant.

21-CV-7528 (VSB)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the plaintiff's letter requesting to convert the February 22, 2023 settlement conference to a remote format. (*See* Dkt. 40.) The conference will proceed via videoconference for all participants, using the Court's videoconferencing technology. The Court will provide the link and further instructions in an email to counsel.

Dated: New York, New York
       February 21, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**