# SHNAYDER LAW LLC

89 Headquarters Plaza North
Suite 1421
Morristown, NJ 07960
T: (973) 714-1515

April 25, 2023

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  04/26/2023

**VIA ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

   **RE:** **Lewis v. The City of New York**
      **Docket No.: 21-cv-07528 (VSB)**

Dear Judge Broderick:

  We represent the Plaintiff in the above-referenced matter. On March 2, 2023, following the parties' successful settlement conference, a 60-day order administratively terminating this action was entered by the Court. We write Your Honor to respectfully request a ninety (90) day extension of the deadline to file dismissal papers or request to reopen the action to July 31, 2023. The reason for this request is that the parties have still not executed a final settlement agreement due, in part, to the recent departure of the City of New York's attorney handling the case. A new attorney has recently been assigned to the matter, and the parties are working diligently to finalize the settlement agreement. The parties need an additional 90 days to fully execute an Agreement and complete all payment terms thereunder. This is Plaintiff's first request to extend this deadline and is made with the consent of Defendant's counsel.

  We thank Your Honor for your consideration in this matter.

Respectfully submitted,

**SHNAYDER LAW LLC**

*/s/ Erica L. Shnayder*
Erica L. Shnayder, Esq.